**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| QONDUIT, LLC § | |
| § | |
| v. § | CASE NO. 6:14cv912-JDL |
| § | |
| NATIONAL WESTERN LIFE § | |
| INSURANCE COMPANY § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal, the Court hereby enters Final Judgment. Plaintiff Qonduit, LLC, filed suit against National Western Life Insurance Company on December 8, 2014. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 7th day of May, 2015.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE